# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Fifth Third Bank, National Association, | |
| Plaintiff, | Case No. 1:23-cv-4194 |
| v. | |
| Planter, Inc., and Eric. E. Priceman, | |
| Defendants. | |

## MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT

Fifth Third Bank, National Association ("Fifth Third"), by and through the undersigned counsel, respectfully requests this Honorable Court to enter a Recordable Memorandum of Judgment in the above-captioned case. In support thereof, Fifth Third states:

1. Fifth Third initiated this case by filing its Complaint on June 29, 2023. *See* Dkt. 1.

2. On December 13, 2023, a Final Judgment Order was entered in favor of Fifth Third and against Planter, Inc., and Eric E. Priceman in the amount of $394,963.52, plus interest per statute. *See* Dkt. 24.

**WHEREFORE**, Fifth Third prays for a Recordable Memorandum of Judgment against Planter, Inc., and Eric E. Priceman in the amount of $394,963.52, plus interest per statute.

Dated: January 8, 2024

Respectfully Submitted,

By: /s/ Alexander Wright
Alexander N. Wright
DINSMORE & SHOHL LLP
222 W. Adams Street, Suite 3400
Chicago, IL 60603
(312) 837-4322
alexander.wright@dinsmore.com
***Counsel for Fifth Third Bank, National Association***